# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0319.  MATTHEW ROBERT KRASKEY v. THE STATE.**

Following a bench trial, the Dooly County Probate Court convicted Matthew Kraskey of violating the Spencer Pass Law, OCGA § 40-6-16, a misdemeanor traffic offense.  Kraskey then filed a notice of appeal to this Court.  We lack jurisdiction.

Appeals from probate court convictions for misdemeanor traffic offenses lie in the superior court, not in this Court.  See OCGA §§ 40-13-21 (a) & (b); 40-13-28; *State v. Rigdon*, 284 Ga. App. 785, 785, n. 1 (645 SE2d 17) (2007); *Power v. State*, 231 Ga. App. 335, 335-336 (499 SE2d 356) (1998).  Under Court of Appeals Rule 11 (b), "[w]hen an appeal or application filed in this Court is within the jurisdiction of another court, it shall be transferred by order to that court."  Consequently, this appeal is hereby TRANSFERRED to the Dooly County Superior Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/06/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*